UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RANDY L. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 5:11-CV-00715-BR |
| | ) | |
| AIDA CORREA, | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| RANDY L. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 5:12-CV-00016-BR |
| | ) | |
| NORTH CAROLINA DEPT. OF HEALTH AND HUMAN SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter is before the court on the 10 January 2013 Memorandum and Recommendation of U.S. Magistrate Judge James E. Gates ("M&R"). (DE # 4.) Judge Gates recommends that the court remand the above-captioned cases. (Id. at 6.) Plaintiff has filed objections to the M&R, which he has twice amended. (DE ## 5-7.) Having undertaken a *de novo* determination of the M&R, see 28 U.S.C. § 636(b)(1), the court adopts the M&R as its own. It is hereby ORDERED that:

1. The case of Thomas v. Aida Correa, No. 5:11-CV-715-BR, is REMANDED to Mecklenburg County District Court;

2. The case of Thomas v. North Carolina Dept. of Health and Human Services, No.

5:12-CV-16-BR, is REMANDED to the North Carolina Office of Administrative Hearings; and

3. The Clerk serve a copy of this order on the Clerk of each aforementioned court/office and close these cases.

This 18 March 2013.

                                                     W. Earl Britt
                                                     Senior U.S. District Judge