UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RANDY L. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 5:11-CV-00715-BR |
| | ) | |
| AIDA CORREA, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| RANDY L. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 5:12-CV-00016-BR |
| | ) | |
| NORTH CAROLINA DEPT. OF HEALTH AND HUMAN SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter is before the court on plaintiff's 4 April 2013 motions, which the court construes as motions to alter or amend, and/or for relief from, the court's 18 March 2013 judgment pursuant to Federal Rules of Civil Procedure 59(e) and 60(b). Having considered the standards for granting such motions, see Aikens v. Ingram, 652 F.3d 496, 500-01 (4th Cir. 2011) (specifying that a district court may only grant relief from judgment for the reasons listed in Rule 60(b)); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005) (enumerating circumstances under which court may grant a Rule 59(e) motion), the court finds that plaintiff is not entitled to relief from the judgment, and the motions are DENIED. The Clerk is DIRECTED to notify the

appellate court of this order.

This 26 April 2013.

_____
W. Earl Britt
Senior U.S. District Judge