UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RANDY L. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 5:11-CV-00715-BR |
| | ) | |
| AIDA CORREA, | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| RANDY L. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 5:12-CV-00016-BR |
| | ) | |
| NORTH CAROLINA DEPT. OF HEALTH AND HUMAN SERVICES, | ) ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter is before the court on plaintiff's 6 February 2014 motion for reconsideration of, and relief from, the State of North Carolina Office of Administrative Hearings' order and decision filed 2 March 2012. This court, a federal court, does not have jurisdiction to review on appeal or reconsider a state administrative decision. See Kirkpatrick v. Lenoir Co. Bd. of Educ., 216 F.3d 380, 386 (4th Cir. 2000). Furthermore, the above-captioned cases were closed by judgments entered on 18 March 2013. With these cases having been closed more than one year ago, plaintiff should not be filing anything in these cases. Accordingly, plaintiff's motion for reconsideration is DENIED. Plaintiff's motions to enter exhibits into evidence are DENIED as

moot.

    This 24 March 2014.

                                               W. Earl Britt
                                               Senior U.S. District Judge